JOHN W. STORANDT, Respondent, *v.* VOGEL & BINDER COMPANY, Appellant.

*Storandt* v. *Vogel & Binder Co.,* 157 App. Div. 902, affirmed.
(Argued January 31, 1916; decided March 7, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered June 2, 1913, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover for an alleged breach of covenants to furnish heat and power contained in a lease.

*C. C. Werner* for appellant.

*Frederick A. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.